**95–2181. Disciplinary Counsel v. Sprague.**

IT IS ORDERED by this court, *sua sponte*, effective May 7, 1997, that Ross F. Sprague, a.k.a. Ross Frederick Sprague, Attorney Registration No. 0016622, last known address in Rocky River, Ohio, is found in contempt for failure to comply with this court's order of February 28, 1996, to wit: failure to pay board costs in the amount of $389.35 on or before May 28, 1996.

**95–2602. Disciplinary Counsel v. Spriggs.**

IT IS ORDERED by this court, *sua sponte*, effective May 7, 1997, that David Spriggs, a.k.a. David Nicholas Spriggs II, Attorney Registration No. 0061541, last known address in Columbus, Ohio, is found in contempt for failure to comply with this court's order of January 29, 1996, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before February 29, 1996.

**96–142. In re Resignation of Lange.**

IT IS ORDERED by this court, *sua sponte*, effective May 7, 1997, that William Cyril Lange, Attorney Registration No. 0005162, last known address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of February 12, 1996, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before March 13, 1996.

**96–432. Columbus Bar Assn. v. Clark.**

IT IS ORDERED by this court, *sua sponte*, effective May 7, 1997, that John William Clark III, Attorney Registration No. 0030747, last known address in Columbus, Ohio, is found in contempt for failure to comply with this court's order of August 21, 1996, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before September 20, 1996.

**96–522. Disciplinary Counsel v. Trumbo.**

IT IS ORDERED by this court, *sua sponte*, effective May 7, 1997, that Kimberlee–Joy Trumbo, Attorney Registration No. 0039265, last known address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of August 21, 1996, to wit: failure to surrender her Certificate of Admission and attorney registration card, and failure to file an affidavit of compliance on or before September 20, 1996.

**96–922. Cuyahoga Cty. Bar Assn. v. Keeler.**

IT IS ORDERED by this court, *sua sponte*, effective May 7, 1997, that Robert C. Keeler, a.k.a. Robert Campbell Keeler, Attorney Registration No. 0029017, last known address in Westlake, Ohio, is found in contempt for failure to comply with this court's order of August 28, 1996, to wit: failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before September 27, 1996.

**96–1466. Cleveland Bar Assn. v. Droe.**

IT IS ORDERED by this court, *sua sponte*, effective May 7, 1997, that William G. Droe, Attorney Registration No. 0040993, last known address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of November 13, 1996, to wit: failure to file an affidavit of compliance on or before December 13, 1996.

**96–1589. In re Sweeney.**

IT IS ORDERED by this court, *sua sponte*, effective May 7, 1997, that Raymond John Sweeney, Attorney Registration No. 0054540, last known address in Toledo, Ohio, is found in contempt for failure to comply with this court's order of September 25, 1996, to wit: failure to file an affidavit of compliance on or before October 25, 1996.

**96–2015. In re Resignation of Wilson.**

IT IS ORDERED by this court, *sua sponte*, effective May 7, 1997, that William Thomas Wilson, Attorney Registration No. 0033182, last known address in Toledo, Ohio, is found in contempt for failure to comply with this court's order of October 10, 1996, to wit: failure to file an affidavit of compliance on or before November 12, 1996.